IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO | ) | |
| REGIONAL COUNCIL OF CARPENTERS | ) | |
| PENSION FUND, et al. | ) | CASE NO. 10 cv 7959 |
| | ) | |
| Plaintiffs, | ) | JUDGE HIBBLER |
| vs. | ) | |
| | ) | |
| Hanson Installations, LTD. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by its attorney, Robert T. Oleskiewicz, move this Honorable Court to enter Judgment against the Defendant and in support state:

1.      Plaintiffs filed their complaint on December 15, 2010 seeking an ERISA audit and delinquent findings of the Defendant.

2.      The Court previously entered and Order of Default on March 8, 2011 directing the Defendant to submit to and audit. (Exhibit A)

3.      The Plaintiffs audited the books and records of the Defendant to verify that all contributions were submitted. The audit revealed that the Defendant breached the provisions of the Collective Bargaining Agreement by underpaying contributions that are owed to the Trust Funds based upon the hours worked by employees and/or measured by the hours worked by subcontractors during the period January 2009 through March 2010. The contributions owed to the Trust Funds as a consequence of this breach are $3,678.96. (Exhibit B, affidavit of John Libby) (Exhibit C, Audit Report)

4.      The Defendant owes interest on the unpaid ERISA contributions in the amount of $342.26 pursuant to the Trust agreements and 29 U.S.C.

§1132(g)(2)(B). (Exhibit B)

5.    The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $735.79 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). (Exhibit B)

6.    The Defendant owes $1,566.00 for necessary and reasonable audit fees, (Exhibit B), $6,423.03 for necessary and reasonable attorney fees and costs which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (Exhibit D, affidavit of Robert T. Oleszkiewicz)

WHEREFORE, Plaintiffs pray that their motion for entry of judgment be granted in the amount of $12,746.04.

Respectively submitted,

/s/ Robert T. Oleszkiewicz
Attorney for Plaintiffs

Robert T. Oleszkiewicz
Whitfield, McGann &
Ketterman 111 E. Wacker
Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701